426

78 A.3d 1059

Willie E. POLITE, Petitioner

v.

Michael WENEROWICZ, Respondent.

No. 132 EM 2013.

Supreme Court of Pennsylvania.

Oct. 30, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of October, 2013, the Petition for Review is **DENIED.**

78 A.3d 1059

Nathaniel WILLIAMS, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 130 EM 2013.

Supreme Court of Pennsylvania.

Oct. 30, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of October, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Application for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**